# JAMES W. HUGGLER, JR.
## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

April 20, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

**FILED**

04/20/15

**Twelfth Court of Appeals
Cathy Lusk
Clerk**

RE: Daniel Johnson v. State
Appeal Number: 12-13-00382-CR
Trial Number: 007-1059-13
Smith County

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Daniel Johnson at his last known address. The attached copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail. I previously had filed this notice with the correct trial court number, but incorrect appellate number on April 9, 2015.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

Enclosure: Return Receipt Card
Return Envelope

CC: Michael West
Smith County District Attorney's Office

Client

12-13-00362-C
TWELFTH COURT OF APPE
TYLER, TEX
4/9/2015 10:12:32 /
CATHY LU
CLE

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

April 9, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE: Daniel Johnson v. State
> Appeal Number: 12-13-00362-CR
> Trial Number: 007-1059-13
> Smith County

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Daniel Johnson at his last known address. The attached copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure: Return Receipt Card
Return Envelope

CC: Michael West
Smith County District Attorney's Office

Client

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Daniel W. Johnson TDCJ #01902292*
Street, Apt. No.; or PO Box No. *Wynne Unit, 810 FM 2821*
City, State, ZIP+4 *Huntsville, TX 77349*

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 3071

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANIEL JOHNSON
TDCJ # 01902292
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TX 77349

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gail Thompson_          ☐ Agent ☐ Addressee

B. Received by (Printed Name) *Gail Thompson*   C. Date of Delivery *4·6·15*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7013 2630 0000 4405 3071

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540